31 N.J. 554 (1960)
158 A.2d 453
REYNOLDS OFFSET CO., INC., PLAINTIFF-RESPONDENT,
v.
ALEXANDER SUMMER ET AL., DEFENDANTS-PETITIONERS, AND JAMES E. HANSON ET AL., DEFENDANTS-RESPONDENTS.
The Supreme Court of New Jersey.
February 15, 1960.
Messrs. Van Riper & Belmont and Mr. Charles E. Villanueva for the petitioners.
Messrs. Crummy, Gibbons & O'Neill, Messrs. Krieger & Chodash and Messrs. Winne & Banta for the respondents.
Denied.